UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>PETITIONER  )<br>)<br>v.  )<br>)<br>SUSAN MOORE AND SUSAN MOORE  )<br>as President of Susan Moore  )<br>Enterprises,  )<br>)<br>RESPONDENTS  ) | CIVIL NO. 2:15-MC-330-DBH |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On January 15, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Report and Recommended Decision on Petition to Enforce Internal Revenue Service Summonses. The time within which to file objections expired on February 1, 2016, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The government's petition is **GRANTED** and the respondent Susan Moore, individually, and as president of Susan Moore Enterprises, is **ORDERED** to obey the two summonses and appear at 220 Maine Mall Road, South Portland, Maine 04106, on February 15, 2016, at 1:30 p.m., to be sworn, to give testimony, and to produce the requested documents for

examination and copying, the examination to continue from day to day until completed. Moore is hereby **PLACED ON NOTICE** that her continued actions could result in arrest and/or a finding of civil contempt and a resulting court order of imprisonment in order to obtain her compliance.

**SO ORDERED.**

**DATED THIS 2ND DAY OF FEBRUARY, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**